# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Willie Gene Woodard,<br><br>Petitioner,<br><br>v.<br><br>United States of America,<br><br>Respondent. | No. CV-19-00161-PHX-DLR<br>CR-10-01721-002-PHX-DLR<br><br>**ORDER** |

Before the Court are Movant Willie Gene Woodard's Motion to Vacate, Set Aside or Correct Sentence (Doc. 1) and Motion for Release on Bail (Doc. 17), along with Magistrate Judge James Metcalf's report and recommendation ("R&R") (Doc. 33). The R&R recommends that the Court deny the motions. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain de novo review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R de novo. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court

will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 33) is **ACCEPTED**. Grounds 3 (prosecutorial misconduct at trial) and 4 (religion evidence) of Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) are **DISMISSED WITH PREJUDICE**. The remainder of the Motion to Vacate, Set Aside or Correct Sentence is **DENIED**. Movant's Motion for Release on Bail (Doc. 17) is **DENIED**. A certificate of appealability is **DENIED** because jurists of reason would not file the Court's ruling debatable. The Clerk is directed to terminate Doc. 510 in CR-10-01721-002-PHX-DLR and close this case.

Dated this 1st day of April, 2020.

Douglas L. Rayes
United States District Judge